

FILED
CO-386-online
SEP 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Electronic Frontier Foundation, and )
Public Knowledge )
)
)
             vs      Plaintiff )     Civil Action No.__ 08 1599 –
)
Office of the United States Trade )
Representative )
)
)
             Defendan )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __plaintiffs_____ which have

any outstanding securities in the hands of the public:

Not applicable; plaintiifs are non-profit entities.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____[signature]_____
Signature

360418_____          David L. Sobel_____
BAR IDENTIFICATION NO.              Print Name

                                    1875 Conn. Ave., NW, Suite 650
                                    Address

                                    Washington, DC        20009
                                    City       State      Zip Code

                                    202-797-9009
                                    Phone Number

2