```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| ELECTRONIC FRONTIER<br>    FOUNDATION<br>454 SHOTWELL STREET<br>SAN FRANCISCO, CA  94110,<br><br>        and<br><br>PUBLIC KNOWLEDGE<br>1875 CONNECTICUT AVE., NW<br>SUITE 650<br>WASHINGTON, DC  20009<br><br>        Plaintiffs,<br><br>        v.<br><br>OFFICE OF THE UNITED STATES<br>    TRADE REPRESENTATIVE<br>600 17TH STREET, NW<br>WASHINGTON, DC  20508<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-1599 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                              PRAECIPE

The Clerk of the Court will please enter the appearance of Brentin V. Evitt as counsel for defendant in the above-captioned civil action.

Dated: October 14, 2008

/s/
Brentin V. Evitt
Senior Counsel
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 514-5419