```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

ELECTRONIC FRONTIER           )
   FOUNDATION, ET AL.,        )
                                      )
    Plaintiffs,              )
                                      )
      v.                     )  Civil Action No. 08-1599 (RMC)
                                      )
OFFICE OF THE UNITED STATES   )
   TRADE REPRESENTATIVE,      )
                                      )
    Defendant.               )
_____)

## PRAECIPE

The Clerk of the Court will please enter the appearance of Vanessa R. Brinkmann as principal counsel for defendant in the above-captioned civil action.

Dated: October 28, 2008

                                                  /s/
Vanessa R. Brinkmann
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 616-5462

Counsel for Defendant