UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER<br>   FOUNDATION, <u>et al.</u>,<br><br>   Plaintiffs,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>   TRADE REPRESENTATIVE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1599 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order granting an enlargement of five business days, to and including November 21, 2008, within which the parties must submit a Joint Proposed Scheduling Order to the Court.

Plaintiff commenced this action on September 17, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), <u>amended by</u> OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking access to certain records of the Office of the United States Trade Representative pertaining to the Anti-Counterfeiting Trade Agreement (ACTA). (<u>See</u> Pl.'s Compl., filed Sept. 17, 2008.)  Defendant filed its Answer on October 30, 2008. (<u>See</u> Def.'s Answer, filed Oct. 30, 2008.)

On November 6, 2008, the Court ordered the parties to submit a Joint Proposed Scheduling Order, to include a proposed date for filing of the administrative record and a proposed dispositive motion schedule, by November 14, 2008.  Pursuant to the Court's November 6, 2008 order, counsel for plaintiff and defendant have conferred with respect to both

-2-

a schedule for the remaining processing of plaintiff's request and a schedule for the subsequent briefing by the parties.

At the time this action was filed, defendant was continuing to process plaintiff's FOIA request and had not yet completed its search for records responsive to the request. Subsequent to the filing of this action, and while defendant continued its records search, counsel for plaintiff and defendant conferred in an effort to cooperate on the resolution of this search. As a result, defendant has advised plaintiff's counsel as to the methodology of its search process, and has taken suggestions from plaintiff on how best to identify the records it seeks. At this time, however, defendant's search is still ongoing and the parties continue to confer on the processing of the request. Although defendant has completed a portion of its search for documents concerning ACTA, defendant's search for e-mail records responsive to plaintiff's request has required greater time and is continuing at present. Defendant expects to complete the initial assessment of responsive e-mail records within a few days, at which time it will be in a better position to inform plaintiff in discussions regarding the final processing of its request and the briefing of the issues in this litigation.

Defendant respectfully suggests that the requested enlargement of time would not materially delay this action and should facilitate its most efficient adjudication by allowing defendant additional time to determine how many responsive records must be processed before the parties further discuss the proposed processing and briefing schedules.

As required by the Local Civil Rule 7(m), counsel for plaintiff has been consulted regarding the relief requested in this motion and has advised defendant's principal counsel that plaintiff does not oppose this enlargement of time of five business days for the parties to file a Joint Proposed Scheduling Order.

-3-

Conclusion

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time. A proposed Order is submitted herewith.

                                                    Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            (D.C. Bar #498610)
                                            United States Attorney

                                            RUDOLPH CONTRERAS
                                            (D.C. Bar #434122)
                                            Assistant United States Attorney

                                                    /s/

Dated: November 14, 2008         VANESSA R. BRINKMANN
                                            Attorney-Advisor
                                              United States Department of Justice
                                              Office of Information and Privacy
                                              1425 New York Ave., N.W., Suite 11050
                                              Washington, D.C.  20530-0001
                                              (202) 616-5462

                                              Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 08-1599 (RMC) ) |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, | ) ) ) |
| Defendant. | ) ) ) |

### ORDER

Upon consideration of Defendants' Unopposed Motion for Enlargement of Time, of the entire record herein, and it appearing to the Court that the granting of the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ 2008,

ORDERED that Defendants' Unopposed Motion for Enlargement of Time be, and it hereby is, granted; and it is further

ORDERED that the time within which the parties must file their Joint Proposed Scheduling Order be, and it hereby is, enlarged by five (5) business days, to and including November 21, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

David Sobel
Marcia Hoffman
Electronic Frontier Foundation
1875 Connecticut Ave., N.W.
Suite 650
Washington, D.C.  20009

Vanessa R. Brinkmann
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
1425 New York Ave., N.W., Suite 11050
Washington, D.C.  20530-0001