UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER<br>   FOUNDATION, <u>et al.</u>,<br><br>   Plaintiffs,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>   TRADE REPRESENTATIVE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-1599 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Joint Motion to Stay Proceedings and Amend Briefing Schedule, it is by the Court this _____ day of _____ 2009,

ORDERED that the parties' Joint Motion to Stay Proceedings be, and it hereby is, granted; and it is further

ORDERED that these proceedings shall be stayed until thirty days after such time as the Attorney General issues guidelines pursuant to the President's January 21, 2009 memorandum on the Freedom of Information Act; and it is further

ORDERED that upon issuance of the Attorney General's guidelines on the Freedom of Information Act, defendant shall review its determinations on the documents at issue, inform plaintiffs of any changes to its prior determinations; and, within thirty days of the issuance of the Attorney General's guidelines, the parties shall confer and advise the Court in a jointly filed

-2-

status report as to the remaining issues to be resolved and proposed amendments to the briefing schedule.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| David Sobel | Vanessa R. Brinkmann |
| Marcia Hoffman | Attorney-Advisor |
| Electronic Frontier Foundation | United States Department of Justice |
| 1875 Connecticut Ave., N.W. | Office of Information and Privacy |
| Suite 650 | 1425 New York Ave., N.W., Suite 11050 |
| Washington, D.C.  20009 | Washington, D.C.  20530-0001 |