UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <u>et al.</u>, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 08-1599 (RMC) ) |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, | ) ) ) |
| Defendant. | ) ) |

<u>ORDER</u>

Upon consideration of Defendant's Motion for Summary Judgment, of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the granting of defendant's motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ 2009,

ORDERED that Defendant's Motion for Summary Judgment be, and it hereby is, granted; and it is further

ORDERED that this action be, and it hereby is, dismissed.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

David L. Sobel
Marcia Hoffman
Electronic Frontier Foundation
1875 Connecticut Ave., N.W.
Suite 650
Washington, D.C. 20009

Vanessa R. Brinkmann
Attorney-Advisor
United States Department of Justice
Office of Information Policy
1425 New York Ave., N.W., Suite 11050
Washington, D.C. 20530-0001