UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1599 (RMC) |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that this action shall be dismissed with prejudice pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

FOR THE PLAINTIFFS                                           FOR THE DEFENDANT

_____                                    _____
DAVID L. SOBEL                                               CHANNING D. PHILLIPS
(D.C. Bar #360418)                                           (D.C. Bar #415793)
Electronic Frontier Foundation                               Acting United States Attorney
1875 Connecticut Ave., N.W.
Suite 650
Washington, D.C. 20009
(202) 797-9009
                                                             _____
Counsel for Plaintiffs                                       RUDOLPH CONTRERAS
                                                             (D.C. Bar #434122)
                                                             Assistant United States Attorney


                                                             _____
                                                             Brentin V. Evitt
                                                             Senior Counsel
                                                             Office of Information Policy
                                                             United States Department of Justice
                                                             1425 New York Ave., NW, Suite 11050
                                                             Washington, DC 20530-0001
                                                             (202) 514-5419


                                                             _____
Dated: June 16, 2009                                         VANESSA R. BRINKMANN
                                                             Attorney-Advisor
                                                             United States Department of Justice
                                                             Office of Information Policy
                                                             1425 New York Ave., N.W., Suite 11050
                                                             Washington, D.C. 20530-0001
                                                             (202) 616-5462

                                                             Counsel for Defendant


APPROVED this _____                                      _____
day of _____, 2009                                      UNITED STATES DISTRICT JUDGE